# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| KRYSTYNNA WINKOWSKI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:14-1177 |
| | ) | Judge Trauger |
| HOSPITAL AUTHORITY OF THE | ) | |
| METROPOLITAN GOVERNMENT OF | ) | |
| NASHVILLE AND DAVIDSON COUNTY, a | ) | |
| division of Nashville General Hospital Authority | ) | |
| at Meharry, | ) | |
| | ) | |
| Defendant. | ) | |

## O R D E R

It is hereby **ORDERED** that this case is **CONSOLIDATED** with Civil Case No. 3:13-cv-0815 for all purposes, including trial. The deadlines and trial date in the earlier-filed case will apply to this case, and all filings shall be made under the lower case number.

It is so **ORDERED**.

ENTER this 22nd day of July 2014.

_____
ALETA A. TRAUGER
U.S. District Judge